United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 26, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Kevin McGuire, et al.,
                Plaintiffs,

v.

Wells Fargo Bank, N.A., et al.,
                Defendants.

ED 18-CV-00390-VAP (KKx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendant Wells Fargo's Motion to Dismiss filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   6/26/18

                                      Virginia A. Phillips
                               Chief United States District Judge